# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ANCORA TECHNOLOGIES, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>NINTENDO CO., LTD., and RETRO STUDIOS, INC.<br><br>   Defendants. | Civil Action No. 6:21-CV-738-ADA<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT MOTION TO CONTINUE STAY PENDING RESOLUTION OF REMANDED *INTER PARTES* REVIEW PROCEEDINGS

Upon consideration of the parties' Stipulation and Joint Motion to Continue Stay Pending Resolution of Remanded *Inter Partes* Review Proceedings, and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The stay in the above-captioned case shall continue until the Patent Trial and Appeal Board issues final decisions in its proceedings on remand in IPR Nos. IPR2021-01338 and IPR2021-01406 (the "Remanded Proceedings").

2. The parties shall submit a joint status report within 14 days of the Board's issuance of any scheduling order for the Remanded Proceedings.

3. The parties shall, within 14 days of the Board's issuance of any final decision in the Remanded Proceedings, file a Joint Motion for a Status Conference requesting a status conference with the Court to take place within 30 days after the Board has issued a final decision in the Remanded Proceedings.

**SO ORDERED**

SIGNED this _____ day of _____, 2025.

_____
Alan D Albright
United States District Judge